Loyd L. Anderson filed a petition pursuant to Rule 27, A.R.Civ.P., in the Circuit Court of Shelby County. Following a hearing on the petition and the respondent's motion in opposition to the petition, the trial court ordered the parties named in the petition to comply with certain discovery requests.
A writ of prohibition was sought from this court. After calling for an answer, the majority of this court issued the writ.
Prohibition is proper to prevent a usurpation or abuse of power where a trial judge or court undertakes to act in a manner in which the judge or the court has no jurisdiction.Ex parte Strickland, 401 So.2d 33 (Ala. 1981). I cannot find that the trial judge is usurping or abusing his power in this proceeding which is clearly within his jurisdiction and which is allowed by Rule 27, A.R.Civ.P. See also, §36-12-40, Ala. Code 1975. *Page 961 
The writ of prohibition should be denied, therefore, I respectfully dissent.